Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ALLARD ANTHONY VAN DE BOGERT and Others, Appellants, v. THE REFORMED DUTCH CHURCH OF POUGHKEEPSIE and Others, Respondents.— Motion to resettle order granted.  Order signed.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ALLARD ANTHONY VAN DE BOGERT and Others, Appellants, v. THE REFORMED DUTCH CHURCH OF POUGHKEEPSIE and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

MINNIE ALBRECHT, Respondent, v. WALTER J. DIESING, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

SARAH ALPERT, Appellant, v. LOUIS BLUM, Respondent.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN P. BATH, Appellant, v. NELSON A. McGILL, Respondent.— Order changing place of trial from Westchester to Rockland county affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

SAMUEL BERTHOFF, Respondent, v. E. J. BRODERICK & COMPANY, INC., Appellant.— Order denying defendant's motion for change of venue and order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

MARY J. CALLERAN, Respondent, v. CATHERINE GALLEN and Others, Defendants, and BENJAMIN TRAKTMAN, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to compel appellant to complete his purchase denied, with ten dollars costs.  We think the restriction in question constituted an incumbrance upon the property and rendered the title unmarketable.  (Bull v. Burton, 227 N. Y. 101; Kimball Co. v. Fox, 120 Misc. 701; affd., 209 App. Div. 812; affd., 239 N. Y. 554.)  Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

JOHN CASTANZO, Appellant, v. JOHN PRANO and SALVATORE PRANO, Respondents.— Judgment reversed upon the law and new trial granted, costs to abide the event, for error in the court's charge at folios 182 and 183, and refusal to charge at folios 195 and 196.  Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

MAX CHURGIN, Appellant, v. ESTATE OF SIMON GREENEBAUM, Deceased, DIEDRICH HASHAGEN and JACOB HAUSLER, Defendants, and JOSEPH H. BINDER & BRO., INC., Respondent.— Order denying plaintiff's motion to punish defendant Joseph H. Binder & Bro., Inc., and Bernard I. Binder, its officer, for contempt affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

In the Matter of the Application of HERSHEY CREAMERY CO., INC., for an

51